AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JonPaul Marcel Nadeau <br><br> *Plaintiff(s)* <br> v. <br> Atlantic Smart Integration, LLC dba Atlantic Smart Technologies <br><br> *Defendant(s)* | Civil Action No.  9:22-cv-81740-AMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Atlantic Smart Integration, LLC dba Atlantic Smart Technologies
c/o Registered Agent: Matthew T. Weinstein
3610 Gardens Pkwy
Unit 102A
Palm Beach Gardens, FL 33410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Craig A. Wirth
SRIPLAW
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
craig.wirth@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Nov 7, 2022

Angela E. Noble
Clerk of Court

SUMMONS

s/ A. Alonso
Deputy Clerk
U.S. District Courts

Majestic Process, 1008 North Lakeside Drive, Lake Worth, Florida 33460  Tel: 561 310-4690

## RETURN OF SERVICE

Case no.: 9:22 cv 81740 AMC          Court: United States District, South Florida

Plaintiff: JONPAUL MARCEL NADEAU

Defendant: ATLANTIC SMART INTEGRATION, LLC dba
ATLANTIC SMART TECHOLOGIES

Hearing Date: 21 days
Writ: Summons, Complaint for Copyright Infringement, Exhibits
For: Joel B Rothman, Esq.
SRIPLaw Group PLLC

TO BE SERVED ON:       ATLANTIC SMART INTEGRATION, LLC dba
ATLANTIC SMART TECHOLOGIES
c/o Registered Agent Matthew T Weinstein
152 Juno Street, Unit 2, Jupiter, FL

I received this process on November 7, 2022 at 7;00 p.m.

I executed service on November 14, 2022 at 4:40 p.m.
I delivered a copy of this process in accordance with state statutes in the manner below:

XX__CORPORATE SERVICE: Served: Project Manager Brandon Tarpley in absence of Registered Agent between 10 am and noon

____NON SERVICE: For the reasons in the comments below.

DESCRIPTION: Cuac male, 30-40s, av ht & wt, light hair
COMMENTS: Attempted to serve Registered Agent Matthew T Weinstein at 3610 Gardens Parkway, Unit 102A, Palm Beach Gardens on Nov 8 at 2:35 pm and Nov 10 at 11:10 a.m. Address is residential unit in Landmark high rise condo building. No answer at door. On the way out on Nov 10, I talked to front desk security guard who said RA had not been in residence for a while. Served at one of company's business addresses – 152 Juno St, suite 2, Jupiter. No answer at other address – 130 Juno Street, Suite 1, Jupiter.

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was made. Under penalty of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct.

Laurie Witkin
Process Server #576 in good standing, 15th Circuit Court, Palm Beach County, Florida